STATE OF CONNECTICUT *v.* KENNETH HILLMAN
(14096)

Lavery, Landau and Schaller, Js.

Argued January 17—decision released February 13, 1996

*Mario Paul Mikolitch*, for the appellant (defendant).

*Peter A. McShane*, assistant state's attorney, with whom, on the brief, was *Kevin T. Kane*, state's attorney, for the appellee (state).

PER CURIAM. The judgment is affirmed.